# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. SWEENEY, II,<br>　　　　Petitioner,<br>　　　v.<br>JOSIE GASTELO, Warden,<br>　　　　Respondent. | Case No. ED CV 15-2542-GW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: June 8, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE